UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-02622-VMC-SPF

**OLIVIA SMARTE,**

    Plaintiff,

v.

**FINANCE SYSTEM OF RICHMOND INC d/b/a RADIOLOGYBILL,**

    Defendant.

_____/

## **RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Olivia Smarte submits this Response to the Order to Show Cause [Doc. 15] (the "Show Cause Order") issued by this Court on December 19, 2023, and states:

1. Pursuant to the Show Cause Order, "the Court direct[ed] counsel to show cause, in writing, why [Joel Brown, Esquire's] appearance should not be stricken for failure to comply with Local Rule 2.01(a)." Doc. 15.

2. On November 16, 2023, the above-captioned action was removed to this Court from the Tenth Judicial Circuit, in and for Polk County, *Case* 2023CC005431000000 (the "State Case").

3.  Joel Brown, Esquire, was listed as counsel for Plaintiff in the State Case and, as a result of the removal to this Court, was listed as counsel for Plaintiff despite not being admitted to practice in the Middle District of Florida.

4.  Joel Brown, Esquire, did not seek to represent Plaintiff before this Court without being admitted to practice in the Middle District of Florida.

5.  At this time, Joel Brown, Esquire, will not be seeking admission to the Middle District of Florida and, as such, respectfully asks that his appearance be stricken from the record.

DATED: January 2, 2024

Respectfully Submitted,

/s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:  Tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail:  Victor@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street Suite 1732
Fort Lauderdale, Florida 33309
Phone:   561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377